377 A.2d 1001
Proctor v. Lord, Appellant.

Argued June 13, 1977. John Rogers Carroll, for appellant; Alan E. Kear, for appellee.

Judgment affirmed.

HOFFMAN, PRICE and SPAETH, JJ., did not participate in the consideration or decision of this case.